IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| ERIC TAMAYO,<br><br>      Plaintiff,<br><br>v.<br><br>PUBLIX SUPER MARKETS, INC.<br><br>      Defendant. | Case No.: 6:16-cv-01646-GAP-KRS |

**APPLICATION OF ROBERT C. SCHUBERT TO APPEAR**
***PRO HAC VICE* AND CONSENT OF LOCAL COUNSEL**

Pursuant to Middle District Local Rule 2.02, Robert C. Schubert of the law firm of Schubert Jonckheer & Kolbe LLP, applies for permission to appear *pro hac vice* and to participate in this case as co-counsel for Plaintiff Eric Tamayo, and states as follows:

    1.    I, Robert C. Schubert, am an attorney with the law firm of Schubert Jonckheer & Kolbe LLP located at Three Embarcadero Center, Suite 1650, San Francisco, California 94111. I am a member in good standing of the bars of the following courts and jurisdictions: State Bar of New York (since 1970), State Bar of Massachusetts (since 1972), State Bar of California (since 1974), U.S. District Court for the Northern District of California (since 1974), U.S. District Court for the Central District of California (since 1976), U.S. District Court for the Eastern District of California (since 1990), U.S. District Court for the Southern District of California (since 1998), Ninth Circuit Court of Appeals (since 2007), and Court of Federal Claims (since 2013).

    2.    The undersigned is not a resident of, nor is he regularly employed or engaged in business, professional, or other activities in the State of Florida. The undersigned has not made

frequent or regular appearances in separate cases as to constitute the practice of law in the State of Florida.

3. The undersigned is not currently suspended or disbarred in any court, and there are no disciplinary or suspension proceedings pending against the undersigned in any court of the United States or of any State, Territory, or Possession of the United States.

4. The undersigned hereby designates Nathan C. Zipperian, an attorney of the firm Shepherd, Finkelman, Miller & Shah, LLP ("SFMS"), and a member in good standing of this Court, on whom notices and papers may be served and who will be responsible for the progress of this case, and act as co-counsel.

5. SFMS maintains an office in Florida for the practice of law. The Court and opposing counsel may readily communicate with Mr. Zipperian regarding the conduct of the case and may serve papers upon him at SFMS's Fort Lauderdale office located at 1625 North Commerce Parkway, Suite 320, Fort Lauderdale, FL 33326.

6. Nathan Zipperian's consent to act as local counsel is submitted herewith, pursuant to Local Rule 2.02.

7. The undersigned attorney has read and understands the Local Rules for the United States District Court of the Middle District of Florida, particularly Rule 2.04, and is also familiar with the Code of Professional Responsibility and other ethical requirements governing members of the Florida Bar. The undersigned will also comply with the email requirements of Rule 2.01(d).

8. The undersigned has submitted a Special Attorney Certification and payment of the Special Attorney Admission Fee.

WHEREFORE, Robert C. Schubert prays for an Order granting his special admission to practice before this Court pursuant to Local Rule 2.02, and to participate in this matter on behalf of Plaintiff Eric Tamayo.

Dated: 10/21/16

Respectfully submitted,

/s/ Robert C. Schubert
Robert C. Schubert
**Schubert Jonckheer & Kolbe LLP**
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Tel:   (415) 788-4220
Fax:   (415) 788-0161
Email: rschubert@schubertlawfirm.com

## CONSENT OF LOCAL COUNSEL

I, Nathan C. Zipperian, an attorney of the law firm Shepherd, Finkelman, Miller & Shah, LLP have been designated as local counsel for Plaintiff Eric Tamayo in the above case. I agree readily to communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served, and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pre-trial conferences, and trial, should Robert C. Schubert fail to respond to any Court Order for appearance or otherwise. I further represent that I am a member of the Bar of this Court, I have an office located at 1625 North Commerce Parkway, Suite 320, Ford Lauderdale, FL 33326 and that I can be contacted at the address and telephone number listed below.

 s/ Nathan C. Zipperian
Nathan C. Zipperian (FL Bar I.D. 61525)
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Tel:   (954) 515-0123
Fax:   (866) 300-7367
Email: nzipperian@sfmslaw.com

**CERTIFICATE OF CONFERENCE PURSUANT TO L.R. 3.01(G)**

I have met and conferred with counsel for Defendant who does not oppose the foregoing Motion.

s/ Nathan C. Zipperian
Nathan C. Zipperian (FL Bar I.D. 61525)
1625 North Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Tel:    (954) 515-0123
Fax:    (866) 300-7367
Email: nzipperian@sfmslaw.com
